

**ORDERED in the Southern District of Florida on July 16, 2021.**

_____
**Scott M. Grossman, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:  Jesus Crespo | Case No.  17-20814-BKC-SMG |
| Cristi Crespo | Chapter 13 |

_____Debtors_____/

## ORDER GRANTING DEBTORS' MOTION TO ALLOW SALE OF HOMESTEAD REAL PROPERTY (ECF D.E. 71)

THIS CAUSE came before the Court on July 15th, 2021 at 1:00 p.m., upon Debtors' Motion to Allow Sale of Homestead Real Property (ECF D.E. 71) during the consent portion of the Chapter 13 calendar. Based upon the Debtors' assertions made in support of the Motion and no other party having appeared, the Court **ORDERS** as follows:

The Debtors' Motion to Allow Sale of Homestead Real Property is **GRANTED.**

1. The real property of the Debtors is commonly known as 4620 SW 74 Terrace, Davie, FL, 33314, and more specifically described as:

All of Lot 20 and that portion of Lot 21 of GRIFFIN PARK ESTATES, according to the Plat thereof recorded in Plat Book 78, Page 45, of the Public Records of Broward County, Florida, more particularly described as follows: Beginning at the Southeast corner of said Lot 21, thence South 89 59' 59" West along the South line of said Lot 21, a distance of 117.69 feet to the Southwest corner of said Lot 21, thence North 84 50' 28" East, a distance of 57.59 feet, thence South 85 03' 40" East a distance of 60.36 feet to the Point of Beginning.

2. The transaction is subject to final approval by lender, Wells Fargo Bank N.A., who holds a lien in the form of a mortgage. The sale is contingent upon the secured claim being paid off in full or in accordance with any approval as authorized by the lender.

3. The transaction is subject to final approval by lender, Citibank N.A., who holds a lien in the form of a second mortgage. The sale is contingent upon the secured claim being paid off in full or in accordance with any approval as authorized by the lender.

4. In the event that the sale of the real property does not take place, Wells Fargo Bank N.A. and Citibank N.A., shall retain their liens for the full amount due under the notes.

5. The Debtors shall apply all proceeds to the purchase of a new homestead property or place all proceeds in a segregated account for the timely purchase of a new homestead property.

###

Order Submitted by:

Clare A. Casas, Esq.
Bankruptcy Law Firm of Clare Casas, P.A.
Attorney for Debtor
7450 Griffin Road, Suite 260
Davie, Florida  33314
Telephone: (954) 327-5700
E-mail:  clarecasas@ombankruptcy.com

Attorney Clare A. Casas is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service thereon.